WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
CAROLYN E. BUNDY
JAN P. GISHOLT†
SUSAN LEE†
EDWARD J. CARLSON

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL

RECEIVED SEP 08 2009 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/9/09

September 3, 2009

OUR REF: 543-08/MEU

The Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

So ordered
9.9.09
[signature] AKHellerstein

Re: Eitzen Bulk A/S v. Armada (Singapore) Pte Ltd., et al.
  09 CIV 7612 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff Eitzen with respect to this matter and write to advise the Court of a recently-discovered error in our pleadings which was subsequently translated into the Order to Show Cause.

The Complaint, at paragraph 6, indicates that Defendant Armada is represented in two other cases in this district by the Hill Rivkins law firm, and provides the address for the Hill Rivkins firm in this District. Armada, though, is actually represented by the Hill Betts law firm (which has an address in this District at the World Financial Center). This error was then transferred into the Order to Show Cause we prepared, which directed service on Armada via its New York attorneys. As set forth in the Order, the names of the attorneys (Ms. Farrar, Ms. Reilly and Mr. Kleiner) are correct, but the firm name (Hill Rivkins) and address are incorrect. Today, we served the papers by hand on the correct firm representing Armada (Hill Betts) and an affidavit of service indicating the same will be filed in due course (we note that the Court's ECF system is shut down, so the filing will be made as soon as possible thereafter).

We apologize for the error and will be filing the attached amending the Complaint shortly to make the necessary correction. A copy of our amended complaint, which only makes this one change to paragraph 6, is attached for the Court's ease of reference. We respectfully request that

NYDOCS1/336748.1

the Order to Show Cause be deemed amended to reflect the correct name and address of the law firm actually representing Defendant Armada.

We thank the Court for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

cc: **Via Facsimile**
Hill Betts & Nash
Fax: 212-466-0514
Attorneys for Defendant Armada (Singapore) Pte Ltd.
   Attn: Boriana Farrar, Esq
   Mary Reilly, Esq.
   James Kleiner, Esq.

Clyde & Co.
Fax: 212-710-3950
Attorneys for Defendant IHX (UK) Ltd.
   Attn: Christopher Carlsen, Esq.

Blank Rome
Fax: 212-885-5001
Attorneys for Defendant International Shipping & Logistics FZE
   Attn: Jeremy Harwood, Esq.