UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EITZEN BULK A/S,

                           Plaintiff,

               -against-

ARMADA (SINGAPORE) PTE LTD., IHX (UK) LTD., and INTERNATIONAL SHIPPING & LOGISTICS FZE,

                           Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

09 Civ. 7612 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 1, 2009 Plaintiff Eitzen Bulk A/S filed a complaint seeking to interplead defendants and determine priority to funds that would satisfy its judgment against Ashapura Minechem Ltd. On September 2, 2009, I issued an Order to Show Cause why the funds held by the garnishee banks should not be deposited into the Court's registry in advance of determining the priority issue, giving defendants until September 11, 2009, to submit their responses. In light of defendant Armada (Singapore) Pte Ltd.'s Chapter 15 Bankruptcy action, I extend the response time for all defendants to October 2, 2009, with a joint letter submission describing the positions of the parties due on September 25, 2009. The hearing scheduled for September 22, 2009, is adjourned to October 14, 2009 at 4:00 p.m. Plaintiff should proceed immediately to seek leave of the Bankruptcy court to lift the stay in respect of the litigation before me.

       SO ORDERED.

Dated:     New York, New York
              September __, 2009

                                                ALVIN K. HELLERSTEIN
                                               United States District Judge